◼ KENTON D. FLAIG, Respondent, v DOMINICK PUGLIESE, Appellant, et al., Defendant.—Appeal by the defendant Dominick Pugliese from an order of the Supreme Court, Richmond County (Amann, J.), dated January 21, 1988.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Amann at the Supreme Court. Rubin, J. P., Kooper, Sullivan and Balletta, JJ., concur.